No. 620. UNITED STATES *v*. SUTER. Court of Claims. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Sondra K. Slade* for the United States. *Guy Emery* and *Harry Wood* for respondent.

No. 632. TOLL *v*. GWYNNE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Oliver W. Toll, pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for respondents.

No. 653. EDGEWOOD AMERICAN LEGION POST #448, INC., *v*. UNITED STATES. C. A. 7th Cir. Certiorari denied. *John J. Rochford* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Lee A. Jackson* for the United States.

No. 654. HOLLIDAY ET AL. *v*. LONG MANUFACTURING Co., INC., ET AL. C. A. 4th Cir. Certiorari denied. *Robert F. Davis* and *John H. Lewis, Jr.* for petitioners. *A. Yates Dowell* and *A. Yates Dowell, Jr.* for respondents.

No. 658. PARIS *v*. MURFF, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Abraham Kaufman* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for respondent.